GATES, O'DOHERTY, GONTER & GUY, LLP  JS-6
15373 Innovation Drive, Suite 170
San Diego, California 92128-3429
Telephone: (858) 676-8600
Facsimile: (858) 676-8601

Attorney:   DOUGLAS D. GUY, ESQ. (SBN 117844)
            dguy@gogglaw.com

            VINCENT J. AXELSON, ESQ. (SBN 159549)
            vaxelson@gogglaw.com

            NADINE M. SAYEGH, ESQ. (SBN 250651)
            nsayegh@gogglaw.com

Attorneys for Defendants COUNTRY COACH, LLC and HOLLAND MOTOR HOMES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MICHAEL ELROD, | CASE NO. CV07-7210 VBF (AGRx) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| COUNTRY COACH, LLC, HOLLAND MOTOR HOMES, and DOES 1-10, | Judge: Valerie Baker Fairbank<br>Courtroom: 9 |
| Defendants. | Action Filed: November 2, 2007 |

///

///

1

ORDER

1   Pursuant to the stipulation by the parties this case is hereby dismissed, in its
2   entirety as to all parties, with prejudice, with each party to bear their own fees and costs.

IT IS SO ORDERED

Dated: April 22, 2009

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT COURT JUDGE